BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALJIT KAUR,<br><br>    Plaintiff,<br><br>v.<br><br>Eric H. Holder, Jr., et al.<br><br>    Defendants. | No. 1:12-cv-35 LJO DLB<br><br>STIPULATION AND [PROPOSED] ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |

    This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her naturalization application and to seek de novo review of this application. As of the time of this filing, the agency is prepared to adjudicate the application. Because of the jurisdictional posture of the case, the agency cannot complete that process until the case is remanded with instructions to CIS. 8 U.S.C. § 1447(b). Accordingly, the parties jointly agree that the case should be remanded with instructions to reinterview Plaintiff within 45 days from the date of the order of remand. Once the interview is conducted, CIS will to complete adjudication within 60 days from the interview date.

    In the event CIS fails to timely complete this adjudication, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible. In the event the adjudication results in a denial of the application for naturalization, plaintiff may file an administrative N-336 appeal within 30 days of the denial. If the result is still a denial of the naturalization application, the parties agree that jurisdiction will revert to this Court, and a scheduling conference will take place as soon as possible to allow for the amendment of

pleadings pursuant to 8 U.S.C. § 1421(c). In the event Plaintiff has been referred into removal proceedings following any possible denial of her naturalization application at the administrative level, Defendants will notice an appropriate motion at that time.

Dated: March 26, 2012                        Respectfully Submitted,

                                                              BENJAMIN B. WAGNER
                                                              United States Attorney

By:   /s/Audrey Hemesath
       Audrey B. Hemesath
       Assistant U.S. Attorney
       Attorneys for the Respondents

By:   /s/ Win Easton
       Win Eaton
       Attorney for the Petitioner

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case be remanded to Citizenship and Immigration Services to complete adjudication on the application for naturalization pursuant to the terms of the Joint Stipulation. IT IS SO ORDERED.

Dated:  **March 26, 2012**           /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE